FILED

09/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0260

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 24-0260

CHOTEAU ACANTHA PUBLISHING, INC. and MONTANA FREE PRESS,

Appellees/Petitioners,

v.

GREG GIANFORTE, in his official capacity as GOVERNOR OF THE STATE OF MONTANA; and JENNIFER STUTZ, Chair of the Governor's Advisory Council for the Ninth Judicial District Vacancy,

Appellants/Respondents.

_____

### ORDER

_____

Pursuant to Appellants' motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellants' have until September 27, 2024, to prepare, file, and serve Appellants' reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2024